

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

IN THE INTEREST

OF C.S.I.A. AND A.A.A.,

CHILDREN

§

§

§

§

§

§

§

No. 08-16-00174-CV

Appeal from the

83rd District Court

of Pecos County, Texas

(TC# P-6811-83-CV)

### MEMORANDUM OPINION

Pending before the Court is Appellant's motion to dismiss his appeal pursuant to TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

December 14, 2016

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.